STATE of Missouri, Respondent,

v.

Lamar HUBLEY, Appellant.

No. WD 42516.

Missouri Court of Appeals, Western District.

Oct. 9, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied Jan. 9, 1991.

David Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of the sale of cocaine and from a sentence of five years imprisonment.

Affirmed. Rule 30.25(b).